In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00334-CR**

_____

**JOSEPH MATTHEW BROOKS DUDLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 12-13745**

**MEMORANDUM OPINION**

The trial court sentenced Joseph Matthew Brooks Dudley on a conviction for attempted capital murder of a peace officer. Dudley filed a notice of appeal. The trial court signed a certification in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to this Court.

1

We notified the parties that the Court would dismiss the appeal unless the appellant established grounds for continuing the appeal. No response has been filed. Because the record does not contain a certification that shows the defendant has the right of appeal, the appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

APPEAL DISMISSED.

_____
DAVID GAULTNEY
Justice

Opinion Delivered September 4, 2013
Do Not Publish

Before Gaultney, Kreger, and Horton, JJ.